ACCEPTED
15-25-00102-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/22/2025 1:37 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00102-CV

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/22/2025 1:37:03 PM
CHRISTOPHER A. PRINE
Clerk

## In re FORT BEND COUNTY,

*Relator*,

Relating to
Mandamus Against the 11th Judicial District Court, Harris County,
Texas
Cause No. 2024-78536
The Honorable Judge Kristen Brauchle Hawkins, Presiding

## ADMINISTRATIVE LAW JUDGE FRANCISCA OKONKWO's RESPONSE TO FORT BEND COUNTY'S AMENDED PETITION FOR WRIT OF MANDAMUS

**July 23, 2025**

i

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

JAMES Z. BRAZELL
State Bar No. 02930100
Assistant Attorney General
SHERLYN HARPER
State Bar No. 24093176
Assistant Attorney General
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL
OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-3204
Telephone: (713) 225-8913
Facsimile:(512) 320-0167
james.brazell@oag.texas.gov
sherlyn.harper@oag.texas.gov

ATTORNEYS FOR REAL PARTY IN INTEREST
FRANCISCA OKONKWO,
ADMINISTRATIVE LAW JUDGE, TEXAS
DEPARTMENT OF INSURANCE -
DIVISION OF WORKERS'
COMPENSATION, IN HER OFFICIAL
CAPACITY

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

COMES NOW Francisca Okonkwo, Administrative Law Judge ("ALJ") of the Texas Department of Insurance-Division of Workers' Compensation ("DWC"), in her official capacity, by and through the Office of the Attorney General of Texas and the undersigned Assistant Attorneys General, and files this her Response to Fort Bend County's Amended Petition for Writ of Mandamus ("Mandamus Petition"). This Response, filed by the July 23, 2025, extended deadline, is timely.

## I.     RESPONSE

ALJ Okonkwo submits the following Response:  The 15th Court of Appeals identifies ALJ Okonkwo as a Real Party in Interest in this mandamus proceeding, and although Okonkwo has not sought party status in this action, her claims and arguments are aligned with those of Relator, Ft. Bend County.  ALJ Okonkwo is also a party Appellant whose claims and arguments are set forth in the accelerated/interlocutory appeal pending in this Court, No. 15-25-00061-CV, which addresses, among other issues, the same issues as this mandamus matter.

## II.     CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, Real Party in Interest, Francisca Okonkwo, Administrative Law Judge of the Texas Department of Insurance - Division of Workers' Compensation, in her official capacity, prays that the Court

accept and consider this timely Response to Fort Bend County's Amended Petition for Writ of Mandamus and to grant such other and further relief to which ALJ Okonkwo may be justly entitled.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

/s/ James Z. Brazell
JAMES Z. BRAZELL
State Bar No. 02930100
Assistant Attorney General
SHERLYN HARPER
State Bar No. 24093176
Assistant Attorney General
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-3204
Telephone: (713) 225-8913
Facsimile: (512) 320-0167
James.Brazell@oag.texas.gov
Sherlyn.Harper@oag.texas.gov

ATTORNEYS FOR REAL PARTY IN INTEREST,
FRANCISCA OKONKWO, ADMINISTRATIVE LAW
JUDGE, TEXAS DEPARTMENT OF INSURANCE -
DIVISION OF WORKERS' COMPENSATION, IN HER
OFFICIAL CAPACITY

## CERTIFICATE OF COMPLIANCE

I certify that the submitted brief complies with Texas Rule of Appellate Procedure 9.4(i)(3) and the word count of this document is 233 including the portions that would not otherwise be exempted by Texas Rule of Appellate Procedure 9.4(i)(1). The word processing software used to prepare this filing and calculate the word count of the document is Microsoft Word for Office 365.

*/s/ James Z. Brazell*
JAMES Z. BRAZELL
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, a true and correct copy of the foregoing document has been served via e-service and/or email on the following:

DEAN G. PAPPAS
State Bar No. 15454375
MARY M. MARKANTONIS
State Bar No. 12986800
LISA M. TEACHEY
State Bar No. 24056416
MARILYN J. ALLEN
State Bar No. 24025225
DEAN G. PAPPAS LAW FIRM, PLLC
8588 Katy Freeway, Suite 100
Houston, Texas 77024
Telephone: (713) 914-6200
Facsimile: (713) 914-6201
dpappas@dgplawfirm.com
mmarkantonis@dgplawfirm.com
lteachey@dgplawfirm.com
mallen@dgplawfirm.com

ATTORNEYS FOR RELATOR, FORT BEND COUNTY

LAVERNE CHANG
State Bar No. 00783819
CARDWELL & CHANG, PLLC
511 Lovett Blvd.
Houston, Texas 77006
Telephone: (713) 222-6025
Chang@cardwellchang.com

ATTORNEYS FOR REAL PARTY IN INTEREST GREATER HOUSTON PSYCHIATRIC ASSOCIATES, PLLC

RUSSELL L. MORRIS
State Bar No. 24099150
ANDREW W. BRUCE
State Bar No. 24113627
PABLO A. FRANCO
State Bar No. 24121625
MCBRYDE FRANCO, PLLC
11000 Richmond Avenue, Suite 350
Houston, Texas 77042
Telephone: (713) 223-7699
Facsimile: (512) 691-9072
Serv.russell@mf-txlaw.com
Serv.andrew@mf-txlaw.com
Serv.pablo@mf-txlaw.com

ATTORNEYS FOR REAL PARTY IN INTEREST JOSHUA DAVID HEILIGER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LAUREN BRITTANE SMITH, DECEASED, AND ON BEHALF OF DEATH BENEFITS BENEFICIARIES JOSHUA DAVID HEILIGER AND EMMA DESTINY HEILIGER

THE HONORABLE KRISTEN B. HAWKINS
11th Judicial District Court
Harris County, Texas
Harris County Civil Courthouse
201 Caroline, 9th Floor
Houston, Texas 77002
Telephone: 832-927-2600

RESPONDENT

/s/ *James Z. Brazell*
JAMES Z. BRAZELL
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of James Brazell
Bar No. 2930100
catherine.hughes@oag.texas.gov
Envelope ID: 103437297
Filing Code Description: Response
Filing Description: 2025 0722 Appellant Okonkwos Response to Ft Bend Mandamus SHORT FORM
Status as of 7/22/2025 1:51 PM CST

Associated Case Party: Fort Bend County

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 7/22/2025 1:37:03 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 7/22/2025 1:37:03 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 7/22/2025 1:37:03 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 7/22/2025 1:37:03 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 7/22/2025 1:37:03 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 7/22/2025 1:37:03 PM | SENT |
| Marilyn Allen | 24025225 | mallen@dgplawfirm.com | 7/22/2025 1:37:03 PM | SENT |

Associated Case Party: Greater Houston Psychiatric Associates PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Laverne Chang | 783819 | chang@cardwellchang.com | 7/22/2025 1:37:03 PM | SENT |

Associated Case Party: FrancescaOkonkwo, ALJ TDI-DWC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James Brazell | 2930100 | james.brazell@oag.texas.gov | 7/22/2025 1:37:03 PM | SENT |
| Sherlyn Harper | 24093176 | sherlyn.harper@oag.texas.gov | 7/22/2025 1:37:03 PM | SENT |
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 7/22/2025 1:37:03 PM | SENT |
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 7/22/2025 1:37:03 PM | SENT |

Associated Case Party: JoshuaDavidHeiliger, et al.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of James Brazell
Bar No. 2930100
catherine.hughes@oag.texas.gov
Envelope ID: 103437297
Filing Code Description: Response
Filing Description: 2025 0722 Appellant Okonkwos Response to Ft Bend Mandamus SHORT FORM
Status as of 7/22/2025 1:51 PM CST

Associated Case Party: JoshuaDavidHeiliger, et al.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Pablo Franco | 24121625 | serv.pablo@mf-txlaw.com | 7/22/2025 1:37:03 PM | SENT |
| Joshua DavidHeiliger, et al. | | serv.russell@mf-txlaw.com | 7/22/2025 1:37:03 PM | SENT |
| Andrew Bruce | 24113627 | serv.andrew@mf-txlaw.com | 7/22/2025 1:37:03 PM | SENT |
| Russell Morris | 24099150 | serv.russell@mf-txlaw.com | 7/22/2025 1:37:03 PM | SENT |

Associated Case Party: Judge Kristen B. Hawkins

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jackie Struss | | jackie_struss@justex.net | 7/22/2025 1:37:03 PM | SENT |